UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6024 CAS (DTBx) | Date | December 17, 2009 |
|---|---|---|---|
| Title | TIFFANY SOO YOUNG LEE v. ONE WEST BANK; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (Chambers:) Order Informing Plaintiff of Suspension of Counsel from the Practice of Law

　　On August 18, 2009, plaintiff Tiffany Soo Young Lee filed the instant action against One West Bank; IndyMac Mortgage Service; NDEX West, L.L.C.; and Does 1 through 10, for claims arising out of the mortgage loan obtained on her primary residence located at 27381 Ruby Grass Court, Murrieta, California 92562 (the "Subject Property"). Plaintiff alleges claims for (1) fraudulent misrepresentation; (2) fraudulent inducement; (3) predatory lending practices in violation of the Home Ownership and Equity Protection Act ("HOEPA"), 15 U.S.C. § 1637, the Truth in Lending Act ("TILA"), 15 U.S.C. § 1605 *et seq* and Regulation Z; (4) quiet title; (5) declaratory relief; and (6) injunctive relief.

　　On October 14, 2009, Fast Consulting Group, Inc. and Barry Fast (collectively "Fast") filed a motion to intervene and a motion to expunge the notice of pendency of action. On October 27, 2009, Fast filed a notice of plaintiff's failure to oppose the pending motions. On November 5, 2009, the Court granted Fast's motion to intervene, and issued to plaintiff, an order to show cause within 15 days, as to why the Court should not grant the motion to expunge the Notice of Pendency of the Action. The matter stood submitted, pending the response by plaintiff to the order to show cause.

　　The Court is now informed that plaintiff's attorney, David Soon Young Lee, voluntarily resigned as a member of the State Bar of California on November 19, 2009, while disciplinary charges are pending; as a result, he may no longer practice law or represent plaintiff before this Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6024 CAS (DTBx) | Date | December 17, 2009 |
|---|---|---|---|
| Title | TIFFANY SOO YOUNG LEE v. ONE WEST BANK; ET AL. | | |

     As a consequence of Mr. Lee's resignation, the Court extends the time within which plaintiff may respond to the order to show cause until **January 19, 2010**. If plaintiff wishes to oppose the motion, she may retain new counsel or file an opposition *pro se*. If plaintiff retains counsel, the Court directs plaintiff to have her new lawyer file a notice of appearance on or before **January 11, 2010**. If no notice of appearance is filed by this date, the Court will presume that plaintiff is proceeding *pro se*. If an opposition is filed, intervener Fast may file a reply on or before **February 1, 2010**. The court requests that the parties deliver a conformed mandatory copy of all filings to **chambers** in the **Spring Street Building** by 12 noon the day after filing.

     The Court hereby orders counsel for the intervener and defendants to serve a copy of this minute order on plaintiff at her last known address forthwith and file a proof of service thereafter.

     IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |