UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-6024-CAS(DTBx) | Date | February 19, 2010 |
|---|---|---|---|
| Title | TIFFANY SOO YOUNG LEE v. ONEWEST BANK; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Paul D. Pierson | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers)  Continuing Order to Show Cause Re Dismissal for Lack of Prosecution

     Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed. R. Civ. Proc. 12(a)(1).

     In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff Tiffany Soo Young Lee to show cause in writing on or before **MARCH 19, 2010** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

     If Plaintiff files:

X     Proofs of service of summons and complaint on all defendants;

___     An answer by the following defendant(s)/all defendants;

___     Plaintiff's application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and/or

___     Plaintiff's request that the clerk enter default judgment or plaintiff's motion for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure;

on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause.

| | : | n/a |
|---|---|---|
| | Initials of Preparer | PDP |